NUMBERS 13-09-00137-CR


 13-09-00138-CR

 13-09-00139-CR


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

SYLVESTER BURNS, Appellant,


v.



THE STATE OF TEXAS, Appellee.

____________________________________________________________


On appeal from the 28th District Court of Nueces County, Texas.


____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Yañez and Benavides 


Memorandum Opinion Per Curiam



 Appellant, Sylvester Burns, by and through his attorney, has filed a motion to
dismiss his appeals because he no longer desires to prosecute them. See Tex. R. App.
P. 42.2(a). Without passing on the merits of the cases, we grant the motion to dismiss
pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeals. Having
dismissed the appeals at appellant's request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.

 PER CURIAM


Do not publish. See Tex. R. App. P. 47.2(b). 

Memorandum Opinion delivered and

filed this 16th day of July, 2009.